UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-25591-GAYLES

BRIDLINGTON BUD LTD,

*Plaintiff*,

v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

*Defendants*.

_____ /

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff BRIDLINGTON BUD LTD, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the following one Defendant with prejudice. Each party shall bear its own costs and fees.

| Def. No. | Seller Alias | Defendant's Walmart Store URL |
|---|---|---|
| 13 | Raoyue Clothing | https://www.walmart.com/global/seller/101594507 |

March 10, 2026.

Respectfully submitted,

/s/ Andrew Palmer
Andrew J. Palmer
Palmer Law Group, P.A.
110 East Broward Blvd, Suite 1700
Fort Lauderdale, FL 33301
Phone: 954-771-7050
ajpalmer@palmerlawgroup.com
***Attorney for Plaintiff***